THE STATE EX REL. FULLER, APPELLANT, *v.* SUTULA, JUDGE, APPELLEE.

[Cite as *State ex rel. Fuller v. Sutula* (1999), 86 Ohio St.3d 301.]

(No. 99–424—Submitted June 22, 1999—Decided September 1, 1999.)

*Johnny Ray Fuller, pro se.*

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Randi Marie Ostry,* Assistant Prosecuting Attorney, for appellee.

———

**Per Curiam.** We affirm the judgment of the court of appeals. Judge Sutula had no duty to issue findings of fact and conclusions of law on Fuller's second petition for postconviction relief. *State ex rel. Carroll v. Corrigan* (1999), 84 Ohio St.3d 529, 530, 705 N.E.2d 1226, 1227.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.